# DOCUMENTS TO BE SEALED

## *PLAINTIFF*

## -V-

## *DEFENDANT*

**DOCKET NUMBER:** 19 CV 02926

**DATE FILED:** APR 0 2 2019

**SIGNED BY:** JUDGE TORRES

**DATE SIGNED:** APR 0 2 2019

## TO BE FILED UNDER SEAL:

_____ ENTIRE ACTION

___✓___ COMPLAINT / PETITION ONLY

_____ OTHER DOCUMENTS / EXHIBITS