## quinn emanuel trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
**(212) 849-7115**

WRITER'S INTERNET ADDRESS
**jonpickhardt@quinnemanuel.com**

August 7, 2020

**APPLICATION GRANTED
SO ORDERED** /s/ Vernon Broderick
**VERNON S. BRODERICK
U.S.D.J.** 8/10/2020

Document 83 shall remain under seal visible only to the selected parties.

**VIA ECF**

Honorable Vernon S. Broderick
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:  *Preferred Freezer Services, LLC v. Americold Realty Trust,* No. 19-cv-2926 (VSB)

Dear Judge Broderick:

  We represent defendant Americold Realty Trust ("Americold"). Pursuant to Your Honor's Individual Rule 5.B, we respectfully request leave to file Americold's reply memorandum in support of its Motion to Dismiss the Amended Complaint partially under seal. The reason for this request is that Americold's reply memorandum references allegations in the Amended Complaint.

  By virtue of Justice Schecter's order denying a motion to seal brought by the plaintiff in *Fenway Polar Representative, LLC v. Americold Realty Trust*, much of the information that plaintiff Preferred Freezer Services, LLC ("PFS") seeks to seal in this case has already been made public and the rest of that information will be public soon.  *See* ECF No. 77.  Nonetheless, Americold makes the current request to comply with the Court's prior orders, which allowed PFS to seal that information and required the filing of papers in redacted form.  *See* ECF Nos. 71, 78.

  Pursuant to the Court's Individual Rule 5.B.iii.a, we have conferred with counsel for PFS, whose position is that the information should remain under seal, notwithstanding its current or soon-to-be public nature.

Respectfully submitted,

/s/ *Jonathan E. Pickhardt*

Jonathan E. Pickhardt

cc: All counsel (via ECF)