UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PREFERRED FREEZER SERVICES, LLC,

                Plaintiff,

- against -

AMERICOLD REALTY TRUST,

                Defendant.
------------------------------------------------------------X

19-CV-2926 (VSB)

**ORDER**

<u>VERNON S. BRODERICK</u>, United States District Judge:

      On April 17, 2024, I received a joint letter from the parties stating that they "do not have any proposed redactions to the Court's March 18, 2024 Opinion & Order." (Doc. 90.)

Accordingly, it is hereby

      ORDERED that the Opinion & Order and Judgment in this case are hereby unsealed.

      The Clerk of Court is respectfully directed to unseal the Opinion & Order and Judgment and close this case. (Docs. 88 & 89.)

SO ORDERED.

Dated: April 22, 2024
       New York, New York

                                                  Vernon S. Broderick
                                                  United States District Judge